IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-01216-NRN

JEAN PAUL NTIPUSHWAMABOKO,

     Petitioner,

v.

JUAN BALTAZAR, Warden, Denver Contract Detention Facility;
GEORGE VALDEZ, Field Office Director of the Denver Field Office, U.S. Immigration and Customs Enforcement ("ICE");[1]
TODD BLANCHE, Acting U.S. Attorney General;[2] and
DAVE VENTURELLA, Acting Director of U.S. Immigrations and Customs Enforcement;[3]

     Respondents.

---

## APPOINTMENT ORDER

---

Entered by Magistrate Judge N. Reid Neureiter

In accordance with D.C.COLO.LAttyR 15 of the U.S. District Court's Local Rules, the Court hereby determines that Plaintiff Jean Paul Ntipushwamaboko merits appointment of counsel drawn from the Civil Pro Bono Panel. The Court is satisfied that the following factors and considerations, as set forth in D.C.COLO.LAttyR 15(f)(1)(B) have been met:

  1) the nature and complexity of the action;

---

[1] Pursuant to Fed. R. Civ. P. 25(d), George Valdez in his official capacity as Acting Denver Field Officer Director, has automatically been substituted as a party to this action.

[2] Pursuant to Fed. R. Civ. P. 25(d), Todd Blanche, in his official capacity as Acting U.S. Attorney General, has automatically been substituted as a party to this action.

[3] Pursuant to Fed. R. Civ. P. 25(d), David Venturella, in his official capacity as Acting U.S. Attorney General, has automatically been substituted as a party to this action.

2) the potential merit of the claims or defenses of the unrepresented party;

3) the inability of the unrepresented party to retain an attorney by other means; and

4) the degree to which the interests of justice, including the benefits to the court, will be served by appointment of counsel.

Accordingly, it is further ORDERED that pursuant to D.C.COLO.LAttyR 15(f)(2), the Clerk shall select, notify, and appoint counsel to represent the unrepresented party in this civil matter. Plaintiff is advised that the Clerk will select counsel from the Panel; however, there is no guarantee that Panel members will undertake representation in every case. The Court cautions Plaintiff that he remains responsible for all scheduled matters, including hearings, depositions, motions and trial.

Dated at Denver, Colorado this 17th Day of June 2026

_N. Reid Neureiter_
N. Reid Neureiter
U.S. MAGISTRATE JUDGE